ISABELLE M. NILES, Respondent, v. FREDERICK SEELER, Appellant.— Judgment

and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ. Clarke, P. J., and Dowling, J., dissenting.